## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: SHUMWAY, CHRIS P | § | Case No. 10-72993 |
| SHUMWAY, MARY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/15/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/05/2011         By:  /s/JAMES E. STEVENS

                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SHUMWAY, CHRIS P                              §        Case No. 10-72993
     SHUMWAY, MARY                                §
                                                     §
Debtor(s)                                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $_____15,800.35

*and approved disbursements of*             $_____11,055.00

*leaving a balance on hand of* [1]          $_____4,745.35

**Balance on hand:**                        $_____4,745.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:     $_____0.00
Remaining balance:                         $_____4,745.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - JAMES E. STEVENS | 1,611.54 | 0.00 | 1,611.54 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,305.50 | 0.00 | 1,305.50 |

Total to be paid for chapter 7 administration expenses:     $_____2,917.04
Remaining balance:                                          $_____1,828.31

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 1,828.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 1,828.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,249.03 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,080.00 | 0.00 | 25.90 |
| 2 | Asset Acceptance, LLC assignee The RoomPlace / | 2,040.45 | 0.00 | 48.93 |
| 3 | Harris N.A. | 53,265.89 | 0.00 | 1,277.21 |
| 4 | American Infosource Lp As Agent for | 19,862.69 | 0.00 | 476.27 |

Total to be paid for timely general unsecured claims: $ 1,828.31

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/JAMES E. STEVENS

Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-72993-MB
Chris P Shumway                                                           Chapter 7
Mary Shumway
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: cshabez        Page 1 of 2        Date Rcvd: May 12, 2011
                           Form ID: pdf006       Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2011.
```
db          +Chris P Shumway,    4926 Pine Cone Ct. #3,    Loves Park, IL 61111-6214
jdb         +Mary Shumway,    1523 Adams St.,    Lake in the Hills, IL 60156-1001
aty         +Derek R Dlhy,    Legal Helpers,    233 S. Wacker Dr.,    Chicago, IL 60606-6306
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2579
15707582    +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1299
15707583    +American Home Mortgage,    POBox 619063,    Dallas, TX 75261-9063
15978636    +Asset Acceptance, LLC   assignee  The RoomPlace /,    PO Box 2036,    Warren, MI 48090-2036
15707585    +Aurora Loan Services,    Attn: Bankruptcy Dept.,    Po Box 1706,    Scottsbluff, NE 69363-1706
15707586    +Bac/fleet-bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
15707587    +Bank One,    Attention: Bankruptcy Department,    451 Florida St,    Baton Rouge, LA 70801-1700
15707590   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Chase,    Po Box 1093,    Northridge, CA 91328)
15707588    +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15707589    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15707591    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
15707592    +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,    Wilmington, DE 19850-5145
15707593    +Chase/cc,    Po Box 15298,    Wilmington, DE 19850-5298
15707594    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15707595    +Citi Platinum Select Card,    PO Box 6000,    The Lakes, NV 88901-6000
15707596    +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
              Coppell, TX 75019-3831
15707598    +Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,    Austin, TX 78708-1577
15707600    +Education Fin Service,    10500 Kincaid Dr Ste 200,    Fishers, IN 46037-9762
15707601    +Education Fin Service/Nelnet Loan Servic,    Attention: Claims,    Po Box 82561,
              Lincoln, NE 68501-2561
15707602     First National Bank Credit Card Center,    Attention: Bankruptcy Department,
              14010 First National Bank Parkway Stop,    Omaha, NE 68154
15707603    +First Natl Bk In Chgo,    100 1st National Plz,    Chicago Heights, IL 60411-3555
15707604    +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15707605    +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
15707606    +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 6275,
              Dearborn, MI 48121-6275
15707608    +GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
15707609    +Gmac Hm Fmg,    Po Box 4622,    Waterloo, IA 50704-4622
15707610    +H&f Law,    33 N Lasalle,    Chicago, IL 60602-2603
15707611    +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
15996968    +Harris N.A.,    Attn: Marilyn K Kiefer,    1210 South Alpine,    Rockford, IL 61108-3946
15707612    +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
15707613    +Hsbc/harlm,    90 Christiana Rd,    New Castle, DE 19720-3118
15707614    +Hsbc/wicks,    Pob 15521,    Wilmington, DE 19850-5521
15707615    +Inland Real Estate Corporation,    2901 Butterfield Rd.,    Oak Brook, IL 60523-1190
15707617    +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
15707618    +Nelnet Lns,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
15707619    +Nic,    Attn: Bankruptcy,    Po Box 9500,    Wilkes Barre, PA 18773-9500
15707620    +Northland Group,    PO Box 390905,    Edina, MN 55439-0905
15707621    +Peoples United Bank,    850 Main St,    Bridgeport, CT 06604-4904
15707622    +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
15707623    +Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,    Kansas City, MO 64195-0363
15707625    +Student Loan Mkt Assn,    2000 Bluffs Dr,    Lawrence, KS 66044-1776
15707624    +Student Loan Mkt Assn,    Attention: Claims Dept,    Po Box 9400,    Wilkes-Barre, PA 18773-9400
15707626    +The Limited,    Po Box 330066,    Northglenn, CO 80233-8066
15707627    +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
15707628    +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15707629    +Victorian Park Condo Association,    1908 Wright Blvd.,    Schaumburg, IL 60193-4587
15707630    +Village of Franklin Park,    9500 W. Belont Ave.,    Franklin Park, IL 60131-2798
15707631    +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
15707632    +Wells Fargo Hm Mortgag,    3476 Stateview Blvd,    Fort Mill, SC 29715-7200
15707633    +Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
15707634    +Wfnnb/roomplace,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16050839     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2011 00:15:20
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
15707584    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 12 2011 22:21:47    Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
15707597    +E-mail/Text: clerical.department@yahoo.com May 12 2011 22:24:24    Creditors Collection B,
              755 Almar Pkwy,    Bourbonnais, IL 60914-2392
15978538     E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 00:16:37    Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2          Date Rcvd: May 12, 2011
                             Form ID: pdf006         Total Noticed: 61
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15707599      +E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 00:16:37      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
15707607      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2011 00:20:01      GEMB / HH Gregg,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15707616      +E-mail/PDF: cr-bankruptcy@kohls.com May 13 2011 00:16:58      Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                              TOTAL: 7


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, IL 61108-2579
aty*        +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, Il 61108-2579
                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: May 14, 2011**                    **Signature:**