# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: SHUMWAY, CHRIS P | § Case No. 10-72993 |
| SHUMWAY, MARY | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $70,683.53 *(without deducting any secured claims)* | Assets Exempt: $47,077.53 |
| Total Distribution to Claimants: $1,828.31 | Claims Discharged Without Payment: $202,064.13 |
| Total Expenses of Administration: $6,787.04 | |

3) Total gross receipts of $ 15,800.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,185.00 (see **Exhibit 2**), yielded net receipts of $8,615.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $10,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,787.04 | 6,787.04 | 6,787.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 181,804.41 | 76,249.03 | 76,249.03 | 1,828.31 |
| **TOTAL DISBURSEMENTS** | $191,804.41 | $83,036.07 | $83,036.07 | $8,615.35 |

4) This case was originally filed under Chapter 7 on June 14, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2011        By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assets: -1969 Heil Aluminum Frameless End Dump T | 1129-000 | 15,800.00 |
| Interest Income | 1270-000 | 0.35 |
| **TOTAL GROSS RECEIPTS** | | **$15,800.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chris and Mary Shumway | Debtor's exemption | 8100-002 | 7,185.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,185.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$10,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,611.54 | 1,611.54 | 1,611.54 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,305.50 | 1,305.50 | 1,305.50 |
| Action Auctioneering | 3610-000 | N/A | 2,370.00 | 2,370.00 | 2,370.00 |
| Action Auctioneering | 3620-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **6,787.04** | **6,787.04** | **6,787.04** |

UST Form 101-7-TDR (10/1/2010)

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | SCHEDULED CLAIMS | ASSERTED CLAIMS | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6E) | ASSERTED CLAIMS (from Proofs of Claim) | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | SCHEDULED CLAIMS (from Form 6F) | ASSERTED CLAIMS (from Proof of Claim) | ALLOWED CLAIMS | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 824.00 | 1,080.00 | 1,080.00 | 25.90 |
| 2 | Asset Acceptance, LLC assignee The RoomPlace / | 7100-000 | 3,683.00 | 2,040.45 | 2,040.45 | 48.93 |
| 3 | Harris N.A. | 7100-000 | 49,654.00 | 53,265.89 | 53,265.89 | 1,277.21 |
| 4 | American Infosource Lp As Agent for | 7100-000 | N/A | 19,862.69 | 19,862.69 | 476.27 |
| NOTIFIED | NTC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | NTC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | NTC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | NTC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Northland Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Rnb-fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Peoples United Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Sears/cbsd Sears Bk Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Inland Real Estate Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Hsbc/wicks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTIFIED | Kohls/chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mage & Price | 7100-000 | 251.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nic | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Victorian Park Condo Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Franklin Park | 7100-000 | 1,122.41 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 7100-000 | 52,378.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Limited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/wicks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Mkt Assn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/harlm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Platinum Select Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 18,478.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Loan Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Home Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac/fleet-bkcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services Citifinancial/Attn: | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services Citifinancial/Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Corporation National | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Hm Eq | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H&f Law | 7100-000 | 54,389.00 | N/A | N/A | 0.00 |
| NOTFILED | First Usa Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Natl Bk In Chgo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Education Fin Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank Credit Card Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Education Fin Service/Nelnet Loan Servic | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 181,804.41 | 76,249.03 | 76,249.03 | 1,828.31 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 10-72993 | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | SHUMWAY, CHRIS P | Filed (f) or Converted (c): | 06/14/10 (f) |
|  | SHUMWAY, MARY | §341(a) Meeting Date: | 08/02/10 |
| Period Ending: | 07/11/11 | Claims Bar Date: | 11/05/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Checking account with National City Bank | 215.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with First American Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with First American Bank Savings | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous books, tapes, CD's, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal used clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous costume jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension through employer | 8,123.24 | 0.00 | DA | 0.00 | FA |
| 9 | 401(k) plan through employer | 22,504.29 | 0.00 | DA | 0.00 | FA |
| 10 | Assets: -1969 Heil Aluminum Frameless End Dump T | 22,151.00 | 8,615.00 | DA | 15,800.00 | FA |
| 11 | 2009 Tax Refund, $1,948.00 ($1,000.00 of which w | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | No 2009 Tax Refund. Debtor owed $2,243.00. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2001 Ford Super Duty F250 with 118,000 miles. Va | 4,650.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1999 Ford Ranger with 143,000 miles. Value per K | 1,925.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2007 Hyundai Sonata with 40,000 miles. Value per | 9,115.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.35 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $70,683.53 | $8,615.00 |  | $15,800.35 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    February 28, 2011            Current Projected Date Of Final Report (TFR):    May 5, 2011 (Actual)

Printed: 07/11/2011 09:39 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72993  
**Case Name:** SHUMWAY, CHRIS P  
SHUMWAY, MARY  
**Taxpayer ID #:** **-***2116  
**Period Ending:** 07/11/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/18/10 | {10} | Action Auctioneering | trailer proceeds | | 1129-000 | 15,800.00 | | 15,800.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.05 | | 15,800.05 |
| 12/16/10 | 1001 | Action Auctioneering | auctioneerg payment | | | | 3,870.00 | 11,930.05 |
| | | | auctioneer's commission | 2,370.00 | 3610-000 | | | 11,930.05 |
| | | | towing expense | 1,500.00 | 3620-000 | | | 11,930.05 |
| 12/16/10 | 1002 | Chris and Mary Shumway | Debtor's exemption | | 8100-002 | | 7,185.00 | 4,745.05 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.12 | | 4,745.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.08 | | 4,745.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,745.28 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 4,745.32 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,745.35 |
| 05/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.00 | | 4,745.35 |
| 05/05/11 | | To Account #9200******5066 | transfer to close money market account | | 9999-000 | | 4,745.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,800.35 | 15,800.35 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,745.35 | |
| **Subtotal** | 15,800.35 | 11,055.00 | |
| Less: Payments to Debtors | | 7,185.00 | |
| **NET Receipts / Disbursements** | **$15,800.35** | **$3,870.00** | |

{} Asset reference(s)

Printed: 07/11/2011 09:39 AM   V.12.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-72993 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | SHUMWAY, CHRIS P | | Bank Name: | The Bank of New York Mellon |
| | SHUMWAY, MARY | | Account: | 9200-******50-66 - Checking Account |
| Taxpayer ID #: | **-***2116 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/11 | | From Account #9200******5065 | transfer to close money market account | 9999-000 | 4,745.35 | | 4,745.35 |
| 06/20/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,305.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,305.50 | 3,439.85 |
| 06/20/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,611.54, Trustee Compensation; Reference: | 2100-000 | | 1,611.54 | 1,828.31 |
| 06/20/11 | 103 | Discover Bank | Dividend paid 2.39% on $1,080.00; Claim# 1; Filed: $1,080.00; Reference: | 7100-000 | | 25.90 | 1,802.41 |
| 06/20/11 | 104 | Asset Acceptance, LLC assignee The RoomPlace / | Dividend paid 2.39% on $2,040.45; Claim# 2; Filed: $2,040.45; Reference: | 7100-000 | | 48.93 | 1,753.48 |
| 06/20/11 | 105 | Harris N.A. | Dividend paid 2.39% on $53,265.89; Claim# 3; Filed: $53,265.89; Reference: | 7100-000 | | 1,277.21 | 476.27 |
| 06/20/11 | 106 | American Infosource Lp As Agent for | Dividend paid 2.39% on $19,862.69; Claim# 4; Filed: $19,862.69; Reference: | 7100-000 | | 476.27 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,745.35 | 4,745.35 | $0.00 |
| Less: Bank Transfers | | 4,745.35 | 0.00 | |
| Subtotal | | 0.00 | 4,745.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $4,745.35 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******50-65 | 15,800.35 | 3,870.00 | 0.00 |
| Checking # 9200-******50-66 | 0.00 | 4,745.35 | 0.00 |
| | $15,800.35 | $8,615.35 | $0.00 |

{} Asset reference(s)    Printed: 07/11/2011 09:39 AM   V.12.57